**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROGER W. TITUS**<br>UNITED STATES DISTRICT JUDGE | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND 20770**<br>**301-344-0052** |

## M E M O R A N D U M

TO:       Counsel of Record

FROM:   Judge Roger W. Titus

RE:       *United States of America v. Mercy Coffie-Joseph*
           Criminal Case No. RWT-13-00213

DATE:   November 19, 2014

\* \* \* \* \* \* \* \* \*

The sentencing currently scheduled for November 25, 2014, at 1:00 p.m. is hereby **RESCHEDULED** for **November 25, 2014, at 10:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE